**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BARRY YOUNG, <br><br>           Plaintiff, <br><br>   v. <br><br> SCHOOL DISTRICT OF PHILADELPHIA, <br><br>         Defendant. | CIVIL ACTION <br><br> No. 06-4485 |

**ORDER**

AND NOW, this 24th day of SEPTEMBER, 2009, for the reasons stated in the accompanying opinion, it is hereby ORDERED as follows:

(1) Defendant's Motion for Summary Judgment (docket no. 50) is GRANTED as to plaintiff's claims for racial discrimination, harassment, retaliation, unfair hiring practices, defamation, and forgery and DENIED as to plaintiff's claims for breach of the collective bargaining agreement and breach of contract;

(2) Plaintiff's Motion to Amend the Complaint (docket no. 55) is DENIED; and

(3) Plaintiff's Motion for a Speedy Trial (docket no. 54) is DENIED.

BY THE COURT:

/s/ Louis H. Pollak____
Pollak, J.