# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARRY YOUNG,<br>    Plaintiff,<br><br>v.<br><br>SCHOOL DISTRICT OF PHILADELPHIA,<br>    Defendant. | CIVIL ACTION<br><br>No. 06-4485 |

**ORDER**

**AND NOW**, this 16th day of March, 2010, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

(1) Plaintiff's motion for reconsideration (docket no. 64) is **DENIED IN PART AND DISMISSED AS MOOT IN PART**;

(2) Defendant's motion for reconsideration (docket no. 60) is **GRANTED**;

(3) Plaintiff's claims that the defendant breached a collective bargaining agreement and a resignation agreement are **DISMISSED WITHOUT PREJUDICE** to refiling in the appropriate state court; and

(4) Plaintiff's motion for appeal (docket no. 61) is **DISMISSED AS MOOT**.

BY THE COURT:

/s/Louis H. Pollak
Pollak, J.